**SUPERIOR COMMUNICATIONS, INC., Appellant**

v.

**VOLTSTAR TECHNOLOGIES, INC., Appellee**

**2016-1204**

United States Court of Appeals, Federal Circuit.

February 13, 2017

SID LEACH, Snell & Wilmer, LLP, Phoenix, AZ, argued for appellant.

JEROLD I. SCHNEIDER, Schneider Rothman IP Law Group, Boca Raton, FL, argued for appellee. Also represented by JOEL B. ROTHMAN.

(Wallach, Hughes, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**